IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: Nikia Canon ) 07 B 19 784

Debtor(s) XXX-XX-2338 )

Judge Cox

## ORDER TO PAY FUNDS TO THE TRUSTEE

TO: Whitcastle, 555 Goodale Ave
Colombus OH 43315

WHEREAS, the above named debtor has submitted a plan to pay his debts out of his future earnings, and by his plan submits all of his future earnings and income to the supervision and control of this Court for the purpose of carrying out the plan:

NOW THEREFORE, IT IS ORDERED, that until further order of this Court, White castle, holder/controller of income for, Nikia Canon deduct from any income going to the debtor, the sum of $57.69 each pay period (weekly) beginning on the next pay period following receipt of this order and to submit the sum so deducted to Chapter 13 Trustee, at least once a month at the following address:

**Office of the Chapter 13 Trustee, Vaughn
P.O. Box 588
Memphis, TN 38101-0588**

IT IS FURTHER ORDERED: that the above named shall stop, or change the amount
of the deduction upon written notice from the Trustee.

IT IS FURTHER ORDERED that the above named shall notify the Trustee if the employment or services of the debtor is terminated and the reason for such termination.

IT IS FURTHER ORDERED that all earnings of the debtor or income due the debtor, except amounts required to be withheld by the provisions of Federal or State law or for insurance, pension or union dues, be paid to the debtor and that no deduction other than authorized or directed by this order be made.

ENTERED: NOV 0 7 2007

Jacqueline P. Cox
United States Bankruptcy Judge

I agree to entry of this order without further notice or hearing.

_____  10-23-07
Debtor or Attorney            Date