```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 19784
   NIKIA CANNON
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-2338

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/25/2007 and was confirmed 12/17/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/17/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
GMAC MORTGAGE              CURRENT MORTG       .00            .00            .00
GMAC MORTGAGE              MORTGAGE ARRE   4361.80            .00            .00
HARBOR FINANCIAL GROUP     SECURED NOT I   4166.66            .00            .00
CITIZENS FINANCE COMPANY   UNSECURED      NOT FILED           .00            .00
DEPENDON COLLECTION        UNSECURED      NOT FILED           .00            .00
DEPENDON COLLECTION        UNSECURED      NOT FILED           .00            .00
HARBOR FINANCIAL GROUP     UNSECURED      NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED        460.89            .00            .00
ILLINOIS COLLECTION SE     UNSECURED      NOT FILED           .00            .00
SALLIE MAE                 UNSECURED      NOT FILED           .00            .00
AMERILOAN                  UNSECURED      NOT FILED           .00            .00
APPOLLO FUNDING INC        UNSECURED      NOT FILED           .00            .00
CITIZENS FINANCE CO        SECURED NOT I   5751.37            .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        916.46            .00            .00
SSH ANESTHESIA             UNSECURED      NOT FILED           .00            .00
TCF BANK                   UNSECURED      NOT FILED           .00            .00
MEDICAL RECOVERY SPECIAL   UNSECURED      NOT FILED           .00            .00
MERCHANTS CREDIT GUIDE C   UNSECURED      NOT FILED           .00            .00
PELLETTIERI & ASSOC        UNSECURED      NOT FILED           .00            .00
GREAT LAKE SPECIALTY FIN   UNSECURED      NOT FILED           .00            .00
HARVEY ANESTHESIOLOGISTS   UNSECURED      NOT FILED           .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,331.50                       2,337.18
TOM VAUGHN                 TRUSTEE                                          187.36
DEBTOR REFUND              REFUND                                            80.84

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 2,605.38

PRIORITY                                      .00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 19784 NIKIA CANNON
```

```
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                  2,337.18
TRUSTEE COMPENSATION                                              187.36
DEBTOR REFUND                                                      80.84
                                    ---------------    ---------------
TOTALS                                     2,605.38           2,605.38
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/24/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                                  PAGE   2
CASE NO. 07 B 19784 NIKIA CANNON